UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILFREDO TORRES,<br><br>                               Plaintiff,<br><br>-against-<br><br>CITY OF N.Y. – DEPARTMENT OF BUILDINGS, ET AL.,<br><br>                              Defendants. | 22-CV-9231 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the March 13, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 13, 2023
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                   Chief United States District Judge